# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *  *
                                     *
STROMNESS MPO, LLC,                  *
                                     *
            Plaintiff,               *
                                     *
     v.                              *   No. 14-711C
                                     *   Filed: October 2, 2017
UNITED STATES,                       *
                                     *
            Defendant.               *
                                     *
* * * * * * * * * * * * * * * * * *  *
```

### O R D E R

     On September 8, 2017, the court issued an opinion in the above-captioned case finding that plaintiff is entitled to specifically enumerated categories of damages. On September 29, 2017, the parties filed a joint status report reflecting the amount of damages owed to plaintiff. The joint status report states: "The parties respectfully request the Court enter final judgment effective as of September 30, 2017, in the amount of $132,828.94, together with a declaration that the Government shall pay to plaintiff the to-be-determined pro-rated amount of property taxes that correspond to the Government's partial holdover of 371 square feet (2.3% of the total annual property taxes) for all of 2017 and 3 months of 2018 (Jan-March 2018) when those taxes are assessed by the local authority and the invoices are submitted to the Postal Service by plaintiff." Consistent with the parties' joint status report, the Clerk of the Court shall enter **JUDGMENT** in the above-captioned case in favor of plaintiff in the amount of $132,828.94. In addition, defendant shall pay plaintiff the pro-rated amount of property taxes that correspond to the defendant's partial holdover of 371 square feet (2.3% of the total annual property taxes) for all of 2017 and 3 months of 2018 (Jan-March 2018) when those taxes are assessed by the local authority and the invoices are submitted to the Postal Service by plaintiff.

     **IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**
